UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 25-2113-DMG (MAA) | Date | October 3, 2025 |
|---|---|---|---|
| Title | *Albolhassan Hassanzadeh v. Warden, Desert View Facility, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER FOR SUPPLEMENTAL BRIEFING AND TO CONTINUE PRELIMINARY INJUNCTION HEARING**

The Court converted Petitioner Albolhassan Hassanzadeh's application for a temporary restraining order to a motion for preliminary injunction ("MPI") and scheduled the MPI for a hearing on October 6, 2025 at 10:00 a.m. [Doc. # 7.]  The parties have completed their briefing on the MPI. [Doc. ## 6, 8, 9.]

Review of the briefing indicates that Hassanzadeh appears to challenge not only his detention as indefinite pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001), but also the lawfulness of his detention based on the Government's alleged failure to comply with the notice procedures in 8 C.F.R. § 241.13(i)(3) when it re-detained him.  *See* MPI at 9.  The Government does not address this argument in its Opposition to the MPI.  *See* Opp. at 5.  Neither party submits evidence enlightening the Court as to whether Hassanzadeh received the procedure set forth in the regulations for re-detention, such as notification of the reasons for revocation of release, an initial informal interview, an opportunity to respond to the reasons for revocation, or a revocation custody review.  *See* 8 C.F.R. § 241.13(i)(3); *see also Delkash v. Noem*, No. ED CV 25-01675-HDV (AGR), 2025 WL 2683988, at *5 (C.D. Cal. Aug. 28, 2025) (discussing similar rulings).

Accordingly, the Court **ORDERS** the parties to submit supplemental briefing on this issue pursuant to the following schedule.  Hassanzadeh's brief on this issue, including any supporting affidavits or other documentary evidence, shall be filed by October 17, 2025; Respondents' brief, including any supporting affidavits or other documentary evidence, shall be filed by **October 31, 2025**; Hassanzadeh's reply brief, if any, shall be filed no later than **November 14, 2025.**  The hearing is continued to **Wednesday, November 26, 2025 at 10:00 a.m.**

**IT IS SO ORDERED**.